Travis N. Barrick, # 9257
GALLIAN WELKER,
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff Saul Farvela*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAUL FARVELA,<br><br>        Plaintiff,<br><br>v.<br><br>JAY BARTH, et al.,<br><br>        Defendants. | Case No.: 2:16-cv-831-RFB-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** |

      Plaintiff, Saul Farvela ("Mr. Farvela"), through his attorneys of the law firm of GALLIAN WELKER & BECKSTROM, LC, and Defendants, through counsel, Simba Muzorewa, Deputy Attorney General, hereby submit their stipulation to a 14-day extension of the 2/26/18 deadline for Mr. Farvela to file his Response to Defendants' Motion for Summary Judgement (ECF No. 27). This extension of time is necessitated in part by the fact that Mr. Farvela is housed out-of-state and Mr. Barrick needs additional time to file an effective response.

| | |
|---|---|
| Date: February 26, 2018<br>By:   /s/ Travis N. Barrick<br>Travis N. Barrick, # 9257<br>GALLIAN WELKER<br>& BECKSTROM, LC<br>Attorneys for Mr. Farvela | Date: February 26, 2018<br>By:   /s/   Simba Muzorewa<br>Simba Muzorewa, Esq.<br>OFFICE OF THE ATTORNEY GENERAL<br>Attorneys for the Defendants |

Case No.: 2:16-cv-831-RFB-PAL

## ORDER

Pursuant to the Stipulation of the Parties, and For Good Cause Appearing, the Plaintiff shall have until March 14, 2018 to file his Response to the Defendants' Motion for Summary Judgment (ECF No. 27).

Date: February 28, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that service of the Stipulation was made on the 26th day of February 2018, by filing in the Court's CM/ECF system and by US Mail, postage prepaid, to the following:

| | |
|---|---|
| Simba Muzorewa, Esq.<br>Deputy Attorney General<br>Bureau of Litigation<br>555 E. Washington Avenue, #3900<br>Las Vegas, NV 89101<br>*Attorneys for the Defendants* | |

By: /s/ Travis N. Barrick
An employee of Gallian Welker
& Beckstrom, LC