AARON D. FORD
  Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendants*
*Jay Barth and Kyle Groover*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAUL FARVELA, | Case No. 2:16-cv-00831-RFB-BNW |
|     Plaintiff, | |
| v. | **STIPULATION TO EXTEND THE TIME TO FILE DISMISSAL PAPERWORK** |
| JAY BARTH, *et al.*, | |
|     Defendants. | |

    Plaintiff Saul Farvela, by and through counsel, Travis N. Barrick, Esq., and Defendants Jay Barth and Kyle Groover, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, hereby stipulate and agree to extend the time to file dismissal paperwork for an additional thirty (30) days.

    On June 28, 2019, the parties reached an agreement to settle this matter at a mediation conference overseen by the Court. ECF No. 40. Pursuant to the Court's Minute Order, the parties were to file dismissal paperwork by July 29, 2019. *Id.*

    On July 3, 2019, defense counsel sent Plaintiff's counsel a proposed settlement agreement.

On July 9, 2019, defense counsel sent Plaintiff's counsel an amended proposed settlement agreement.

On July 16, 2019, defense counsel sent Plaintiff's counsel a second amended proposed settlement agreement after receiving additional feedback from Plaintiff's counsel. That same day, Plaintiff's counsel confirmed he had sent the proposed agreement to Plaintiff for signature.

As of the date of this filing, Plaintiff's counsel has not received the signed agreement from Plaintiff.

Consequently, the parties need an additional thirty (30) days to obtain all necessary signatures and file a stipulation to dismiss the case.

DATED this 26th day of July, 2019.

| GALLIAN WELKER & BECKSTROM, LTD. | AARON D. FORD<br>Attorney General |
|---|---|
| By: /s/ Travis N. Barrick<br>TRAVIS N. BARRICK, ESQ.<br>Nevada Bar No. 9257<br>540 E. St. Louis Avenue<br>Las Vegas, Nevada 89104<br>*Attorneys for Plaintiff* | By: /s/ Jared M. Frost<br>JARED M. FROST, ESQ.<br>Nevada Bar No. 11132<br>555 E. Washington Avenue, Ste. 3900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants Barth and Groover* |

**IT IS SO ORDERED**

**DATED: July 30, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**