AARON D. FORD
  Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendants*
*Jay Barth and Kyle Groover*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAUL FARVELA, | Case No. 2:16-cv-00831-RFB-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| JAY BARTH, *et al.*, | |
| Defendants. | |

Plaintiff Saul Farvela, by and through counsel, Travis N. Barrick, Esq., and Defendants Jay Barth and Kyle Groover, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, hereby stipulate and agree that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs. This stipulation is made and based on a

///

///

///

///

Settlement Agreement reached by the parties. The parties further state they have resolved this matter in its entirety, and that the Court may accordingly close the case.

DATED this 30th day of July, 2019.

| | |
|---|---|
| GALLIAN WELKER & BECKSTROM, LTD. | AARON D. FORD<br>Attorney General |
| By: /s/ Travis N. Barrick<br>TRAVIS N. BARRICK, ESQ.<br>Nevada Bar No. 9257<br>540 E. St. Louis Avenue<br>Las Vegas, Nevada 89104<br>*Attorneys for Plaintiff* | By: /s/ Jared M. Frost<br>JARED M. FROST, ESQ.<br>Nevada Bar No. 11132<br>555 E. Washington Avenue, Ste. 3900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants Barth and Groover* |

## ORDER

**IT IS SO ORDERED**. The matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED August 1, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE